In the Matter of CORNELIUS J. FARLEY.— Referred to Hon. H. A.

Gildersleeve, official referee. Order to be settled on notice. Present—Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.